**FULL NAME:** MARTINEZ, GABRIEL OMAR

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:**
COLEMAN USP-1
P.O. BOX 1033, COLEMAN, FL, 33521

**PRISON NUMBER (if applicable):** 48785-112

FILED
CLERK, U.S. DISTRICT COURT
MAR 22 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: RS  DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARTINEZ, GABRIEL OMAR

PLAINTIFF,

v.

B.A.R Association; WILLIAM R. Domnarski; Judge A. Guilford; Mark Takla (USAO); Kathleen Peralta; Susan Jones; Michelle A Curey; ATWATER USP; Cannaan USP; Berlin FCI; Brooklyn MDC; Hazelton USP/FCI,

DEFENDANT(S).

**CASE NUMBER:** 8:21-CV-00552-DMG-PVC
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) **N/A**

---

**ATTN:** Your honor I filed as best as I could, for I'm a novice at the law and only trying to get justice. Please forgive if anything w/in this complaint is out of context or rough around the edges. Or if I filled out, completed portions of the complaint in the wrong manner, I apologize.

**\*\*\*** Your honor this is a complex complaint/case and would respectfully ask that the Court assign me Counsel to help me with the load of rebuttal-counter that is to come my way from defendants. Counsel that can help me navigate thru the waters of the court and legalities of it, Motions, etc. Please I ask for help. Thank you.

**\*** This Memo pertaining to this current lawsuit, has nothing to do with previous lawsuits.

a. Parties to this previous lawsuit:
   Plaintiff __N|A__

   Defendants __N|A__

b. Court __N|A__

c. Docket or case number __N|A__
d. Name of judge to whom case was assigned __N|A__
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __N|A__
f. Issues raised: __N/A__


g. Approximate date of filing lawsuit: __N|A__
h. Approximate date of disposition __N|A__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☒ No

   If your answer is no, explain why not __It Doesn't apply__


3. Is the grievance procedure completed? ☐ Yes   ☒ No

   If your answer is no, explain why not __It Dosen't Apply__


4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __MARTINEZ, GABRIEL__
                                                              (print plaintiff's name)
who presently resides at __COLEMAN USP-1, P.O. Box 1033, COLEMAN, FL, 33521__,
                              (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
{ __SANTA ANA CITY JAIL (FEDERAL FACILITY), SANTA ANA, CA, 92701__
{                                  (institution/city where violation occurred)
{ __U.S. DISTRICT COURTHOUSE, 411 WEST FOURTH ST., SANTA ANA, CA, 92701__

on (date or dates) <u>NOVEMBER 5, 2012</u>, <u>DECEMBER 12, 2011</u>, _____.
                                (Claim I)           (Claim II)                   (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant <u>WILLIAM R. DOMNARSKI</u> resides or works at
   (full name of first defendant)
   <u>6144 Omega Street, Riverside, Ca, 92506</u>
   (full address of first defendant)
   <u>FEDERAL ATTORNEY</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   <u>INEFFECTIVE ASSISTANCE OF COUNSEL, failed to compel on my behalf,</u>
   <u>NEGLECT OF LEGAL OBLIGATIONS / BIAS, Cohersed me, Threatened me.</u>

2. Defendant <u>JUDGE ANDREW GUILFORD</u> resides or works at
   (full name of first defendant)
   <u>UNITED STATES COURTHOUSE, 411 WEST FOURTH ST., SANTA ANA, CA, 92701</u>
   (full address of first defendant)
   <u>JUDGE (FEDERAL DISTRICT)</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   <u>FAILED TO EXERCISE HIS AUTHORITY IN MY FAVOR WITHIN THE PARAMETERS OF</u>
   <u>LAW THAT APPLIED TO ME, ~~FOR~~ FAVORABLE FOR ME. / BIAS, Judicial misconduct.</u>
                                                                                          miscarriage of justice

3. Defendant <u>MARK P TAKLA</u> resides or works at
   (full name of first defendant)
   <u>U.S.A.O. OFFICE, 411 W. FOURTH ST., SUITE 8000, SANTA ANA, CA, 92701</u>
   (full address of first defendant)
   <u>ASSISTANT U.S. ATTORNEY</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   <u>DREW UP A MALICIOUS ILLEGAL PRESENTENCE INVESTIGATIVE REPORT</u>
   <u>DETRIMENTAL TO MY SENTENCING GUIDELINES RANGE, Prosecutorial Misconduct,</u>
                                                                                 malicious prosecution

on (date or dates) _____, _____, _____.
         (Claim I)    (Claim II)    (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **SUSAN JONES** resides or works at
(full name of first defendant)
**600 U.S. COURTHOUSE, 312 N. SPRING STREET, LOS ANGELES, CA, 90012**
(full address of first defendant)
**SUPERVISOR (PROBATION DPT.)**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**REVIEWED AND APPROVED PRESENTENCE INVESTIGATIVE REPORT MALICIOUSLY AND UNJUSTLY FRAMED AND REDACTED BY PROSECUTION AND PROBATION DPT OFFICER(S)**

2. Defendant **ATWATER USP - ADMINISTRATION** resides or works at
(full name of first defendant)
**1 FEDERAL WAY, ATWATER, CA, 95301**
(full address of first defendant)
**WARDEN, A.W.(s), CAPTAIN, S.I.A**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**ILLEGAL EXCESSIVE CONFINMENT/ INCARCERATION**

3. Defendant **CANNAAN - USP - ADMINISTRATION** resides or works at
(full name of first defendant)
**3057 ERIC J. WILLIAMS MEMORIAL DR., WAYMART, PA, 18472**
(full address of first defendant)
**WARDEN, A.W.(s), CAPTAIN, S.I.A**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**ILLEGAL EXCESSIVE CONFINMENT/ INCARCERATION**

4. Defendant  MICHELLE A. CAREY  resides or works at
(full name of first defendant)
600 U.S. COURTHOUSE, 312 N. SPRING STREET, LOS ANGELES, CA. 90012
(full address of first defendant)
CHIEF PROBATION OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
CONDONED MALICIOUS PROSECUTORIAL AND PROBATIONAL (DPT.) DRAWING UP OF UNJUST, WRONG, PRESENTENCE INVESTIGATIVE REPORT DETRIMENTAL TO MY SENTENCE IMPOSED.

5. Defendant  KATHLEEN PERALTA  resides or works at
(full name of first defendant)
600 U.S. COURTHOUSE, 312 N. SPRING STREET, LOS ANGELES, CA 90012
(full address of first defendant)
U.S. PROBATION OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
REDACTED/ DREW UP MALICIOUS, UNJUST PRESENTENCE INVESTIGATIVE REPORT KNOWING IT WOULD BE DETRIMENTAL TO MY SENTENCING GUIDELINES RANGE.

6. Defendant  B.A.R Association
(full name of first defendant)
(will add later, please) — [I'm in SHU, Don't got access to address]
(full address of first defendant)
Licencing entity (agency)
(defendant's position and title, if any)

the defendant is sued in his/her ☐ individual ☒ official capacity

explain how this defendant acted under color of law:
Licenced Judge and my attorney who acted under color of law, detrimental to me, miscarried justice against me.

4. Defendant **HAZELTON - FCI - ADMINIST.** / **HAZELTON USP - ADMINIST.** resides or works at
   (full name of first defendant)

   **F.C.C HAZELTON, (P.O Box 450), 1640 SKY VIEW DRIVE, BRUCETON MILLS, WV, 26525**
   (full address of first defendant)

   **WARDEN, A.W.(S), CAPTAIN, S.I.A.**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **ILLEGAL EXCESSIVE CONFINEMENT / INCARCERATION**

5. Defendant **COLEMAN USP - ADMINISTRATION** resides or works at
   (full name of first defendant)

   **P.O. BOX 1033, COLEMAN, FL, 33521 / F.C.C. COLEMAN, 846 N.E. 54th Ter., COLEMAN, FL, 33521**
   (full address of first defendant)

   **WARDEN, A.W.(S), CAPTAIN, S.I.A**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **ILLEGAL EXECIVE CONFINMENT / INCARCERATION**

6. Defendant **BERLIN F.C.I - ADMINIST.**
   (Full name of Defendant)

   **1 SUCCESS LOOP ROAD**
   (Full address of first defendant)

   **WARDEN, A.W.(S), CAPTAIN, S.I.A**
   (Defendant's position and title, if any)

   The Defendant is sued in his/her ☒ Individual ☒ Official Capacity

   Explain how this defendant was acting under color of law:
   **ILLEGAL EXCESSIVE INCARCERATION / CONFINEMENT.**

7. Defendant <u>Brooklyn MDC- ADMIN.</u>
(full name of first defendant)

<u>80 29th Street, Brooklyn, NY, 11232</u>
(full address of first defendant)

<u>Warden, A.W.(s), Captain, SIA</u>
(defendant's position or title)

The defendant is sued in his/her ☒ individual ☒ official capacity

Explain how the defendant acted under color of law:
<u>Illegal/excessive incarceration/confinement.</u>

D. CLAIMS*

## CLAIM I

The following civil right has been violated:

COHERSION, NEGLIGENCE, PROSECUTORIAL MISCONDUCT, THREATS REPRISALS - 42 USC 1997, BIAS, INEFFECTIVE ASSISTANCE OF COUNCEL, MALICIOUS PROSECUTION, DISCRIMINATION - These being the grounds thru wich my civil right of "DUE PROCESS" and "Judicial Justice" were violated.

* (I need Legal help because there might be more civil rights that were violated, or maybe these Ive mentioned might not be the appropriate ones, Im still very novice concerning Fed law and law in general. Please help, Thank you.)

(paragraphs # 1 - 9)

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

(1) William R. Domnarski - After adamantly asking him to argue and request to prosecution to credit me time-credit for a charge directly related to this current one during the period I was fighting this case, he denied me, denied my request to prosecution. Time-credit I was entitled to thru law-Relevant Conduct, wich I had not been credited. He misguided and lied to me about the law-Relevant Conduct- (wich I didn't know or understand then) and told me I didnt qualify, that it did not work like so in my case. Finally, after much persistance from me, at time of sentencing he gave in and argued and requested to Judge Guilford to mitigate my sentence and include the time-credit I was entitled to. Judge Guilford denied me based not on law but instead on his own emotions and personal feelings, he himself knowing I qualified for the law-Relevant Conduct, and expressing so himself, thus leaving the door open for my lawyer to Compel. The door was left open for my lawyer to Compel the Judge to act/rule in accordance to the law-Relevant Conduct- thru a verbal motion immediately or otherwise for what I was entitled to. My lawyer did not do so.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

My lawyer knew I qualified and was entitled to. Instead he turned to me said: "I told you so" and closed his briefcase. I did not know any better concerning federal law applicable to me. Consequently I've been relegated to serve this current 140 month sentence consecutively to the 32 months not credited to me that I was entitled to given it was all part of same crime spree - Robberies, both sentences/charges share the same evidence/discovery. A combined 172 month sentence of wich I've only got but a few months left to serve in its totality.

DOMNARSKI CLAIM CONT.→

(2) On page 8 of the Presentence Investigation Report under the "Offense level Computation" Section, Point 30, it states: "The counts do not group together because offenses governed by U.S.S.G § 2B3.1 are expressly excluded from grouping. My offenses are governed by U.S.S.G § 2B3.1, my lawyer knew this. He, my lawyer, was given and reviewed the P.S.I Report before presenting it to me, his client, who'd never been in federal custody and had no knowledge of federal law, and he knew this. He understood that lawfully the U.S.A.O could not draw up a P.S.I Report of the nature of the one wich was presented to me with my offenses (instant), being governed by USSG § 2B3.1, GROUPED. He stated it was the best option, to "run them all together" as such for the best outcome as far as the sentencing guideline brackets were concerned. Otherwise, he stated, if I refused this deal they could draw up the P.S.I Report and Plea Bargain in such a way that I could be looking at 165 years and pointed at page 5

of Plea Bargain. Federal law, Statutes, language was foreign to me I didn't know better. I put my trust in him and Signed the P.S.I Report and Plea Bargain. He knew it wasn't in my best interest. I was Cohersed, decieved.

③ The grouping of my counts/charges enhanced my offense level and consequently Ive been incarcerated 7 extra years past what my true release date should have been had the factors and guidelines been honored that were applicable to my case, (without the abuse). I should've been released in 2014 had the true Sentencing guidelines been imposed at the highest-end of the bracket: 92-115, and the relevant time-credit (32 months) been credited.

* ④ Judge Andrew Guilford - Upon requesting of him to mitigate current Federal Sentence by Atty. William Domnarski and include 32 Months I was entitled to by law, of wich he (Judge) acknowledged I qualified for to be credited toward this sentence and also acknowledging he could indeed grant the request to mitigate current sentence that day at sentencing (11-5-12) to include/credit the 32 Months, given their relevance, he denied me. He did so deny me based on his own personal thoughts, perception, emotions, his own personal criterion of my person and youth, not based on the law. He consequently sentenced me to serve current 140 month sentence Consecutively to the 32 month sentence he acknowledged I qualified for creditation, (wich I was entitled to). He did not act/rule in accordance of law

relevant Conduct, given my circumstance. I'm only a few months from the completion of sentence in its entirety. The 32 months were served previous to this indictment without ever leaving custody, I was never released. The 32 months and this indictment part of same crime-spree-robberies, same evidence/discovery used to prosecute both.

\* (5) Mark Takla- Framed, presented, condoned unjust and malicious P.S.I Report that appropriated enhancements that did not apply to my case/counts/charges. My counts/charges were enhanced under U.S.S.G § 2B3.1. Counts/charges under U.S.S.G § 2B3.1 are expressly excluded from grouping and they were grouped anyway thus enhancing my offense level placing me in a sentencing bracket I didn't belong in, consequently serving 7 more years, still serving, at the end of that sentence imposed now.

\* (6) Kathleen Peralta- Framed, drew-up, and redacted a malicious, wrong, unfair, illegitimate P.S.I Report (Dec. 12, 2011). In it she outlined "grouping" enhancements and the fact that they were not applicable to my counts governed by U.S.S.G § 2B3.1 ("Offense Level Computation" Section, point: 30 - P.S.I) and then blatantly went on to "group" the counts (Guideline Summary - "Multiple count enhancement", in P.S.I) (pg. 10 of Plea bargain, sec. 15, line 16). This caused my offense level to go to 31 and inevitably putting me at a higher Sentencing Guideline range/bracket. If this enhancement wouldn't have been imposed and had the true factors and guidelines applicable to my case and counts been honored without the abuse, and the 32 months acknowledged toward

(3)

creditation, I'd been released in 2014... "too soon". I'd be released "too soon", a recurring theme throughout my case, as seen in P.S.I and Sentencing transcripts (11-5-12). Bias of me she went on to recomend the high-end of the bracket I should've never been in to begin with. Unjust and illegally imposed sentencing bracket, and she knew this. "Multiple count Adjustment (Grouping)" should've never been applied to my charges/counts. I'm a few months from completion of sentence she imposed thru PSI Report.

* ⑦ Michelle A. Carey- Being the chief Probation Officer at the time she oversaw, revised and condoned the malicious, unjust, illegitimate, P.S.I Report that Probation Officer Kathleen Peralta redacted and framed, detrimental to my Sentencing.

* ⑧ Susan Jones - As the Probation Dpt. Supervisor at the time she reviewed and approved P.S.I Report maliciously and unjustly framed and redacted by prosecution and Probation Dpt. Officer Kathleen Peralta.

* ⑨ B.A.R association - Licenced Judge Guilford and my then attorney William R. Domnarski who committed Judicial Misconduct and miscarriage of Justice against me, violated my due process.

## Claim-2

The following civil right has been violated:

Illegal Confinement, Unproffessional staff misconduct; 40.5 applicability refused of staff to help due process rights; policy 551.90 prohibits discrimination; 542.11 (a)(1) Responsability.
(paragraphs # 10 -14)

* (10) Atwater U.S.P - Administration - kept me incarcerated/confined excessively illegally through the years (14-18) that I shouldn't have been incarcerated had the true factors and guidelines (P.S.I) applicable to my charges/counts/case, without the abuse, been honored; had the Judge (Guilford) not misscarried Justice, and had my attorney competed on my behalf for time owed me as law demanded it.

* (11) Cannaan U.S.P - Administ. - kept me incarcerated/confined excessively, illegally through the years (18-19) that I shouldn't have been incarcerated had the true factors and guidelines (P.S.I) applicable to my charges/counts/case, without the abuse, been honored; had the Judge (Guilford) not misscarried Justice, Committed Judicial misconduct; and had my Atty William R Domnarski competed on my behalf for the time owed to me as law demanded it.

* (12) Hazelton U.S.P/F.C.I - Administ. - kept me incarcerated/confined excessively through the year (2020, Jan.-Nov.) that I shouldn't have been incarcerated had the true factors and guidelines (P.S.I) applicable to my charges/counts/case, without the abuse, been honored; had the Judge (Guilford) not misscarried Justice, Committed Judicial Misconduct; and had my attorney William R Domnarski competed on my behalf for the time owed to me, as law demanded it.

\* (13) Coleman - U.S.P - Administ - kept me incarcerated/confined excessively/illegaly through the year (Nov. 2020 - Present day 2021) that I shouldn't have been incarcerated had the true factors and guidelines (P.S.I) applicable to my charges/counts/case, without the abuse, been honored; had the Judge (Guilford) not misscarried Justice and not committed Judicial Misconduct; and had my attorney William R. Domnarski compeled on my behalf for the time owed to me, as law demanded it.

\* (14) Berlin F.C.I - Administ - kept me incarcerated/confined excessively/illegaly through the year (Sept-Nov. 2019) that I shouldn't have been incarcerated had the true factors and guidelines (P.S.I) applicable to my charges/counts/case, without the abuse, been honored; had the Judge (Guilford) not misscarried Justice, committed Judicial Misconduct; and had my attorney William R. Domnarski compeled on my behalf for the time owed to me as law demanded it.

\* (15) Brooklyn MDC - ADMIN. - kept me incarcerated/confined excessively-illegaly thru the year (Nov-2019 - Jan 2020) that I shouldn't have been incarcerated had the true factors and guidelines (P.S.I) applicable to my case/counts/charges, without the abuse, been honored; had the Judge (Guilford) not misscarried Justice, comitted Judicial Misconduct; had my attorney William R. Domnarski compeled on my behalf for time owed to me as law demanded it.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Financial compensation for every day of every year I spent illegally-excessively incarcerated as a result of Officers of Court, federal employees, probation Dpt. and officers, my attorney, etc acting under color of law. This to include facilities where I was incarcerated at for keeping me in custody during this time of illegality.

Financial compensation for emotional, psychological distress for and during every day of every year I've spent illegally-excessively incarcerated. As of May 2019 I've been re-classified as a P.C - Protective custody in every prison I transfer to and been relegated to the S.H.U. (24 hr lockdown in a cell) sence then to present day. This as a result of psychological and physical oppression from the Mexican Mafia for extortion until it got to unconceivable sums of money I couldn't attain. Threatened for my life I had no choice but to ask for protection after 7 months of distress at Cannaan U.S.P., Oct. 2018 - May 2019. Because I can't walk General population yards due to a "green light" on my head by Mex. Mafia + have to constantly be in transit every 4-5 months, SHU to SHU. The BOP wont allow me to be designated to a "dropout yard" because I refuse to "debrief", this because if I do my life and family's will then be in danger. Consequently I've spent 2 (latest) years in S.H.U., emotionally and psychologically distressed to add to previous years scince 2014 of distress.

3-15-21
(Date)

(Signature of Plaintiff)

---

CV-66 (7/97)     **CIVIL RIGHTS COMPLAINT**     Page 6 of 6

Gabriel Martinez
#48785-112
P.O. Box 1033
Federal Correctional Complex
Coleman USP-1
United States Penitentiary
Coleman, FL., 33521



ATTN:
PRO-SE Clerck

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 22 2021
CENTRAL DISTRICT OF CALIFORNIA

CV

Unit
Cent
255
Los A





F.C.C. COLEMAN
MAIL ROOM
846 N.E. 54TH TERR
COLEMAN, FLORIDA
33521

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING. THE LETTER HAS BEEN NEITHER OPENED OR INSPECTED. IF THE WRITER RAISES A QUESTION OR A PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESSEE.

DATE
MAIL ROOM STAFF



RECEIVED
MAR 17 2021
BY

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE